UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re: BOECKLE PROPERTIES, INC.,

                Debtor.

Case No. 10-30039
Chapter 11

## AFFIDAVIT PURSUANT TO LOCAL RULE 2015-6

Boeckle Properties, Inc. ("Debtor"), by its president, Christopher M. Swartz, respectfully shows to the Court as follows:

1. On or around January 11, 2010, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Debtor makes this Affidavit pursuant to Local Rule ("LR") 2015-6.

3. Pursuant to LR 2015-6(a)(1), Debtor is engaged in the ownership, management and operation of a commercial lodge retreat in the Clayton, New York area. The circumstances leading to the filing of the chapter 11 petition is that Debtor is facing a foreclosure sale of said property on January 12, 2010 at 10:00 a.m. in the action styled: *Richard Johnson v. Boeckle Properties, Inc. et al.*, bearing index number: 09-1547 and presently pending in the Jefferson County Supreme Court. Debtor is attempting to refinance the mortgage that is the subject of the foreclosure action.

4. Debtor filed its summary of schedules with the initial filing and, therefore, LR 2015-6(a)(2) does not apply.

5. Pursuant to LR 2015-6(a)(3), Debtor has no property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor or agent for any such person.

6. Debtor filed its schedule "A" and Schedule "G" with the initial filing and, therefore, LR 2015-6(a)(4) does not apply.

7. Debtor filed its statement of financial affairs with the initial filing and, therefore, LR 2015-6(a)(5) does not apply.

8. Debtor intends to continue the operation of its business. Pursuant to LR 2015-6(b)(1), Debtor estimates the amount of the weekly payroll payable will be $0.00 since the commercial lodge does not open for business until March 2010.

9. Pursuant to LR 2015-6(b)(2)(A), the amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition to the officers, stockholders and directors of the Debtor is: $0.00.

10. Pursuant to LR 2015-6(b)(3), a schedule setting forth for 30 days following the filing of the petition:

|  | Real Estate |
|---|---|
| Estimated Cash Receipts: | 0.00 |
| Estimated Disbursements: | 0.00 |
| Net Cash Gain (or Loss): | 0.00 |
| Accured but Unpaid Obligations: | $6,037.98 (2010 County Taxes due 2/1/10) |

Dated: 1/11/10

Boeckle Properties, Inc.

By: _____
Christopher M. Swartz, President

I, Christopher M. Swartz, under penalties of perjury, state that I am informed and that the statements appearing above in this application are true and correct to the best of my knowledge and belief.

Boeckle Properties, Inc.

By: _____
Christopher M. Swartz, President